IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Falk, Thomas L | Case Number: 05 B 00790 |
|---|---|---|
| | Falk, Bridgette A | Judge: Squires, John H |
| | Printed: 02/03/09 | Filed: 1/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: August 13, 2008
Confirmed:  March 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 32,374.53 |  |
| Secured: |  | 28,838.22 |
| Unsecured: |  | 888.55 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,084.20 |
| Trustee Fee: |  | 1,560.59 |
| Other Funds: |  | 2.97 |
| Totals: | 32,374.53 | 32,374.53 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,084.20 | 1,084.20 |
| 2. | Ford Motor Credit Corporation | Secured | 13,029.21 | 13,029.21 |
| 3. | National City Mortgage Co | Secured | 6,734.89 | 5,972.51 |
| 4. | National City Mortgage Co | Secured | 7,720.12 | 1,048.40 |
| 5. | RoundUp Funding LLC | Secured | 7,846.65 | 7,846.65 |
| 6. | Balaban Furniture Ltd | Secured | 941.45 | 941.45 |
| 7. | Balaban Furniture Ltd | Unsecured | 811.19 | 195.85 |
| 8. | RoundUp Funding LLC | Unsecured | 11.46 | 0.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 2,869.07 | 692.70 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,048.24 | $ 30,810.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 325.01 |
| 3% | 97.49 |
| 5.5% | 630.95 |
| 5% | 55.26 |
| 4.8% | 105.88 |
| 5.4% | 284.23 |
| 6.5% | 61.77 |
|  | $ 1,560.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Falk, Thomas L | Case Number: 05 B 00790 |
| Falk, Bridgette A | Judge: Squires, John H |
| Printed: 02/03/09 | Filed: 1/11/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*